UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FRANCIS BARRIOS**                                                                                   **PLAINTIFF**

v.                                                                            CIVIL ACTION NO 3:18CV-132-DJH

**CALEB ELMORE et al**                                                                                **DEFENDANT**

## ORDER

    A telephonic status conference was conducted in this matter on September 5, 2018. Glenn A. Cohen and Lynn M. Watson participated on behalf of the plaintiff. Joshua Adam Engel and Anne L. Tamashasky participated on behalf of the defendants.

    Based on a discussion with counsel, the Court will enter the parties' agreed scheduling order by separate order. A further telephonic status conference is scheduled for **Monday, October 29, 2018 at 11:45 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge, to discuss the possibility of scheduling a settlement conference. The Court will initiate the call.

Date: September 6, 2018       ENTERED BY ORDER OF COURT:
                                 REGINA S. EDWARDS, MAGISTRATE JUDGE
                                 UNITED STATES DISTRICT COURT
                                 VANESSA L. ARMSTRONG, CLERK
                                 By:    /s/  *Ashley Henry*
                                           **Deputy Clerk**

Copies to counsel

0|10