UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| FRANCIS BARRIOS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:18-CV-00132-DJH |
| | ) | |
| CALEB ELMORE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF SERVICE**

NOTICE IS HEREBY GIVEN that Plaintiff, Francis Barrios, served its Second Supplemental Responses to Defendant's 1st Set of Document Requests via electronic mail on March 24, 2020.

Respectfully submitted,

*/s/Lynn M. Watson*
GLENN A. COHEN, KY Bar No. 13085
LYNN M. WATSON, KY Bar No. 83161
CHRISTOPHER A. BATES
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, Kentucky  40202
Telephone: (502) 584-7400
Facsimile:  (502) 583-2100
Email: gcohen@derbycitylaw.com
Email: watson@derbycitylaw.com
*Counsel for Plaintiff, Dr. Francis J. Barrios*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeffrey C. Shipp
WALLACE BOGGS, PLLC
300 Buttermilk Pike, Suite 100
Ft. Mitchell, Kentucky 41017
(859) 341-4366
jshipp@wallaceboggs.com

Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
*pro hac vice filed*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engle@engleandmartin.com

*/s/Lynn M. Watson*
Lynn M. Watson