UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FRANCIS BARRIOS,                                                          Plaintiff,

v.                                                    Civil Action No. 3:18-cv-132-DJH-RSE

CALEB ELMORE,                                                          Defendant.

* * * * *

## ORDER

Plaintiff Francis Barrios has filed in the record numerous deposition notices.  (*See* D.N. 106; D.N. 107; D.N. 109; D.N. 110)  Pursuant to Federal Rule of Civil Procedure 5(d)(1), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."  For purposes of this rule, "'[d]iscovery requests' includes deposition notices." Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment; *see also* LR 26.1(b) (recognizing that "disclosures, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)").  Accordingly, it is hereby

**ORDERED** that the parties shall refrain from further filing of discovery documents except as appropriate under the Federal Rules of Civil Procedure.

1