## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| FRANCIS BARRIOS | | Case No. 3:18-cv-00132-DJH |
| Plaintiff | | Judge:  DAVID HALE |
| v. | | NOTICE OF: DESIGNATION OF DEPOSITION PORTIONS |
| CALEB ELMORE, ET AL, | | |
| Defendant | | |

Defendant Caleb Elmore respectfully submits this Initial Designation of Deposition Transcripts for trial:

Charles Thomas

| Page | Line | | Page | Line |
|---|---|---|---|---|
| 36 | 9 | to | 36 | 17 |
| 37 | 1 | to | 38 | 4 |
| 39 | 11 | to | 41 | 2 |
| 43 | 15 | to | 44 | 3 |
| 55 | 8 | to | 55 | 12 |
| 55 | 16 | to | 60 | 9 |
| 61 | 4 | to | 65 | 21 |
| 67 | 18 | to | 68 | 7 |
| 68 | 25 | to | 73 | 5 |
| 73 | 7 | to | 73 | 14 |
| 73 | 16 | to | 73 | 25 |

1

| Page | Line |     | Page | Line |
|------|------|-----|------|------|
| 74 | 3 | to | 74 | 6 |
| 74 | 8 | to | 74 | 18 |
| 74 | 20 | to | 75 | 16 |
| 75 | 18 | to | 76 | 5 |
| 76 | 7 | to | 76 | 17 |
| 76 | 22 | to | 76 | 25 |
| 77 | 2 | to | 77 | 16 |
| 77 | 19 | to | 77 | 21 |
| 79 | 8 | to | 81 | 6 |
| 81 | 11 | to | 83 | 9 |
| 83 | 18 | to | 86 | 4 |

Sheri Weber

| Page | Line |     | Page | Line |
|------|------|-----|------|------|
| 28 | 5 | to | 29 | 18 |
| 30 | 12 | to | 30 | 18 |
| 31 | 5 | to | 31 | 20 |
| 32 | 5 | to | 32 | 25 |
| 33 | 5 | to | 35 | 12 |
| 39 | 17 | to | 41 | 9 |
| 41 | 21 | to | 44 | 15 |
| 45 | 1 | to | 48 | 13 |

| Page | Line | | Page | Line |
|------|------|------|------|------|
| 48 | 21 | to | 55 | 17 |
| 57 | 19 | to | 60 | 22 |
| 61 | 19 | to | 61 | 25 |
| 63 | 18 | to | 64 | 5 |
| 65 | 18 | to | 65 | 23 |
| 66 | 17 | to | 76 | 24 |
| 77 | 5 | to | 82 | 1 |
| 83 | 11 | to | 83 | 15 |
| 84 | 5 | to | 93 | 9 |
| 94 | 19 | to | 99 | 9 |
| 99 | 16 | to | 101 | 6 |
| 118 | 1 | to | 119 | 25 |
| 121 | 16 | to | 123 | 9 |

James Baranski Vol I

| Page | Line | | Page | Line |
|------|------|------|------|------|
| 24 | 9 | to | 27 | 8 |
| 29 | 24 | to | 30 | 9 |
| 31 | 23 | to | 34 | 8 |
| 35 | 9 | to | 36 | 8 |
| 36 | 25 | to | 37 | 25 |
| 39 | 9 | to | 40 | 24 |

| Page | Line | | Page | Line |
|------|------|------|------|------|
| 41 | 7 | to | 45 | 1 |
| 45 | 12 | to | 53 | 20 |
| 53 | 14 | to | 53 | 20 |
| 53 | 24 | to | 61 | 3 |
| 61 | 7 | to | 63 | 18 |
| 64 | 25 | to | 68 | 10 |
| 69 | 11 | to | 70 | 9 |
| 70 | 22 | to | 71 | 9 |
| 71 | 12 | to | 72 | 10 |
| 72 | 18 | to | 74 | 10 |
| 74 | 18 | to | 78 | 15 |
| 78 | 21 | to | 78 | 21 |

Respectfully submitted,

_____/s/ Joshua Engel_____

Jeffrey C. Shipp
WALLACE BOGGS, PLLC
300 Buttermilk Pike, Suite 100
Ft. Mitchell, Kentucky 41017
(859) 341-4366
jshipp@wallaceboggs.com

Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
*pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this September 15, 2021 upon all counsel of record, including:

    Glenn Cohen (gcohen@derbyctylaw.com)
    Lynn Watson (Watson@derbycitylaw.com)

_____/s/ Joshua Engel_____
Joshua Engel

5